UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
01 JUN 13 PM 3: 26
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

GEORGE H. MOSELEY,

Plaintiff(s),

v.    CASE NO:   3:94-cv-50-J-10

MCKESSON CORPORATION, ET AL.,

Defendant(s).

## CLERK'S CERTIFICATE
## OF EXHIBITS AND/OR EXHIBIT SUBSTITUTES DESTRUCTION

The following described exhibits and/or exhibit substitutes have been destroyed as authorized by Rule 5.04 of the Rules of the District Court of the United States for the Middle District of Florida:

**X**   See attached exhibit lists.  (Plaintiff/Defendant)

   See below

Date of Destruction: **6/13/01**

SHERYL L. LOESCH, CLERK

By: _Marlene Kerley_
Deputy Clerk

101




# EXHIBIT LIST

**FILED IN OPEN COURT**
1-31-95
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

Plaintiff's

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | | | Dr. Magee's medical record dated 8/11/92 |
| 2 | 1-24-95 | 1-24-95 | Magee | Dr. Magee's medical record dated 8/27/92 - 11/3/92 |
| 3 | 1-24-95 | 1-24-95 | Magee | 11/5/92 Letter from Dr. Magee |
| 4 | | | | 2/18/92 Letter from Dr. Magee |
| 5 | | | | Certificate of Examining Physician of 11/92 |
| 6 | 1-23-95 | 1-23-95 | Moseley | 11/12/92 Letter to Tom Wilson from Mr. Moseley — With copy of Dr. Magee letter of 11-5-92 (#3) |
| 7 | | | | CV of Dr. Magee |
| 8 | | | | 7/24/94 Memo from Tom Simone |
| 9 | 1-23-95 | 1-23-95 | Moseley | McKesson brochure - "Understanding McKesson's . . ." |
| 10 | 1-23-95 | 1-23-95 | Moseley | RAM job description |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 94-50-CIV-J-10
Style: Moseley v. McKesson Corp. and Richard Macaluso

Page 1 of 8

Case Number: _____    Page ____2____ of ____3____ Pages

# EXHIBIT LIST--Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 11 | | | | RASR job desription |
| 12 | | | | 2/27/90 Memo to Mr..Moseley from Mr. Macaluso |
| 13 | | | | Handwritten notes from Mr. Macaluso undated |
| 14 | | | | SAV-A-Rx forms from customers |
| 15 | 1-23-95 | 1-23-95 | Moseley | 7/30/92 Memo to Mr. Moseley from Mr. Macaluso |
| 16 | 1-23-95 | 1-23-95 | Moseley | PA of Mr. Moseley of 4/20/87 |
| 17 | 1-23-95 | 1-23-95 | Moseley | PA of Mr. Moseley of 5/2/90 |
| 18 | | | | RIG sheet for 1990 |

Case Number: _____                Page ___2___ of ___3___ Pages

## EXHIBIT LIST--Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 19 | 1-23-95 | 1-23-95 | Moseley | PA of Plaintiff of 5/7/91 |
| 20 | | | | RIG Sheet of 1991 |
| 21 | 1-23-95 | 1-23-95 | Moseley | PA of Plaintiff of 4/29/92 |
| 22 | | | | RIG sheet for 1992 |
| 23 | | | | 8/11/92 Memo to Plaintiff from Mr. Macaluso |
| 24 | | | | RIG sheet for 1993 |
| 25 | 1-23-95 | 1-23-95 | Moseley | 9/14/92 Memo from Mr. Springer |
| 26 | 1-23-95 | 1-23-95 | Moseley | 1992 Trade show figures |

Case Number: _____                    Page ____ of ____ Pages

# EXHIBIT LIST--Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 27 | 1-25-95 | 1-25-95 | Macaluso | RASR Request for approval<br>Oct. 19 — Origination date |
| 28 | 1-25-95 | 1-25-95 | Macaluso | 11/3/92 Handwritten notes by Mr. Macaluso |
| 29 | | | | 11/20/92 Letter to Mr. Griffin |
| 30 | 1-25-95 | | Macaluso / Thorpe | Termination Checklist |
| 31 | 1-26-95 | | Thorpe | Separation report dated 1/20/93 |
| 32 | | | | Personnel action form on Plaintiff dated 11/13/92 |
| 33 | | | | 12/15/92 Memo to Bob Thorp from Mr. Macaluso |
| 34 | | | | RASR specific position description by Ms. Ring |

Case Number: _____     Page ___3___ of ___5___ Pages

## EXHIBIT LIST--Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 35 | | | | EEO Self Identification form |
| 36 | | | | Essential functions of RASR |
| 37 | | | | McKesson's EEOC response and attachments |
| 38 | 1-25-95 | 1-25-95 | Macaluso | McKesson's Manager's and Supervisor's Guide to the ADA |
| 39 | | | | Notice of charge of discrimination |
| 40 | 1-24-95 | 1-24-95 | Moseley | Charge of discrimination |
| 41 | | | | Salary history form on Plaintif |
| 42 | | | | 12/10/92 Letter from Claude Griffin |

# EXHIBIT LIST--Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 43 | | | | 12/11/92 Letter from Wier to Appleby |
| 44 | | | | 1/12/93 Letter from Ring to Appleby |
| 45 | | | | 2/9/93 Letter to Ring from Appleby |
| 46 | | | | 3/1/93 Letter to Appleby from Ring |
| 47 | | | | 5/14/93 Letter to Ring from Appleby |
| 48 | 1-23-95 | 1-23-95 | Moseley | 1/15/93 Letter to Walker from Moseley |
| 49 A&B | 1-23-95 | 1-24-95 Obj Sustained / Moseley | | Letters of recommendation by Napier |
| 50 | | | | Mr. Moseley's resume |

| Case Number: | | | | Page ___2___ of ___3___ Pages |

## EXHIBIT LIST--Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 51 | | | | 5/18/93 Letter from Ring to Appleby |
| 52 | | | | Righ to Sue Notice |
| 53 | 1-23-95 | 1-23-95 | Moseley | Plaintiff's Income tax records 1991-1993 |
| 54 | | | | Medical records of Dr. Jacobs |
| 55 | | | | Medical records of Dr. Evans |
| 56 | | | | Mr. Moseley's personnel file |
| 57 | | | | Mr. Macaluso's personnel file |
| 58 | | | | All documents produced or received |

| | | | |
|---|---|---|---|
| 59 | | | Documents which appear on Defendants' List |
| 60 | *1-25-95* | *1-25-95 Perry* | Dr. Perry's rept and related documents |
| 61 | | | Deposition transcripts |
| 62 | | | Rebutal exhibits |

FILED IN OPEN COURT
1-31-95
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

*UNITED STATES DISTRIT COURT*
*FOR THE MIDDLE DISTRICT OF FLORIDA*

## Defendants' EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | | Plaintiff and Robert Thorp | Letter dated November 12, 1992, from Harry Moseley to Tom Wilson. |
| 2 | 1-24-95 | 1-24-95 *Moseley* | Plaintiff and Robert Thorp | Letter dated November 20, 1992, from Harry Moseley to Claude Griffin. |
| 3 | 1-24-95 | 1-24-95 *Moseley* | Plaintiff and Robert Thorp | Letter dated December 10, 1992, from R.C. Griffin to George H. Moseley. |
| 4 | | | Robert Thorp | Letter dated December 11, 1992, from Gavin S. Appleby to Susan Weir. |
| 5 | | | Robert Thorp | Letter dated December 18, 1992, from Liza Ring to Gavin Appleby. |
| 6 | | | Robert Thorp | Letter dated January 12, 1993, from Liza Ring to Gavin Appleby. |
| 7 | 1-24-95 | | Plaintiff *Moseley* | Letter dated February 9, 1993, from Gavin Appleby to Liza Ring. |
| 8 | 1-24-95 | | Robert Thorp and Plaintiff *Moseley* | Letter dated March 1, 1993, from Liza Ring to Gavin Appleby with attached Position Description. |

UNITED STATES DISTRICT COURT          Case No. __94-50-CIV-J-10__
FOR THE MIDDLE DISTRICT OF FLORIDA    Style: *MOSELEY v.*
                                             *MCKESSON CORP.,*
                                             *+ RICHARD MACALUSO*

Page 1 of 5

Case Number: __94-50-CIV-J-10__          Page 2 of 6 Pages

**EXHIBIT LIST -- CONTINUATION SHEET**

| # | | | Witness | Description |
|---|---|---|---------|-------------|
| 9 | | | Plaintiff | Letter dated May 14, 1993, from Gavin Appleby to Liza Ring. |
| 10 | 1- -95 | 1- -95 | Robert Thorp | Letter dated May 18, 1993, from Liza Ring to Gavin Appleby. |
| 11 | | | Tom Wilson | McKesson Hiring Control Exempt Salaried Positions #100174 (RASR, Jacksonville DC). |
| 12 | | | Richard Macaluso | Memo dated July 30, 1992, from Richard Macaluso to Harry Moseley. |
| 13 | 1-25-95 (PX 9 SAME AS) | | Tom Wilson | Brochure entitled Understanding McKesson's Commitment to the Americans With Disabilities Act. |
| 14 | 1-23-95 | 1-25-95 | Plaintiff and Tom Wilson / Moseley | McKesson Drug Company, Account Manager's Manual, RAM Job Description. Effective Date 1/15/90. |
| 15 | 1-25-95 | 1-25-95 | Plaintiff and (Tom Wilson) | McKesson Drug Company, Account Manager's Manual, RASR Job Description. Effective Date 1/15/90. |
| 16 | 1-23-95 | 1-23-95 | Plaintiff and Richard Macaluso / Moseley | Memo dated August 11, 1992, from Richard Macaluso to Harry Moseley with attached RIG. |
| 17 | 1-23-95 | 1-23-95 | Richard Macaluso / Moseley | Memo dated February 27, 1990, from Richard Macaluso to Harry Moseley. |

Case Number: __94-50-CIV-J-10__                                   Page 3 of 6 Pages

| | | | | |
|---|---|---|---|---|
| 18 | 1-24-95 | 1-25-95 | Richard Macaluso *Moseley* | Map showing territories of five Jacksonville RAMs pre-November 13, 1992. |
| 19 | 1-25-95 | 1-25-95 | Richard Macaluso *Wilson* | Map showing territories of four Jacksonville RAMs post-November 13, 1992. |
| 20 | 1-25-95 | 1-25-95 | (Tom Wilson) | Memo dated July 24, 1992, from Tom Simone to All McKesson Partners. |
| 21 | | | Tom Wilson | Memo dated August 7, 1992, from Thomas B. Simone to All Partners of McKesson Drug Company. |
| 22 | | | Plaintiff and Richard Macaluso | Performance Appraisal of Harry Moseley dated May 2, 1990. |
| 23 | | | Richard Macaluso | Performance Appraisal (coversheet) of Rick Bacher dated May 3, 1990. |
| 24 | | | Richard Macaluso | Performance Appraisal (coversheet) of Bob Eller dated May 3, 1990. |
| 25 | | | Richard Macaluso | Performance Appraisal (coversheet) of Clyde Moseley dated May 2, 1990. |
| ✓ 26 | | | Plaintiff and Richard Macaluso | Performance Appraisal of Harry Moseley dated May 7, 1991. |
| 27 | | | Richard Macaluso | Performance Appraisal (coversheet) of Clyde Moseley dated May 6, 1991. |
| 28 | | | Richard Macaluso | Performance Appraisal (coversheet) of Bob Eller dated May 6, 1991. |

Case Number: ___94-50-CIV-J-10___                                      Page 4 of 6 Pages

## EXHIBIT LIST – CONTINUATION SHEET

| # | | Witness | Description |
|---|---|---|---|
| 29 | | Richard Macaluso | Performance Appraisal (coversheet) of Cathy Eckert dated May 6, 1991. |
| 30 | | Richard Macaluso | Performance Appraisal (coversheet) of Rick Bacher dated May 6, 1991. |
| 31 | 1-26-95 | Plaintiff and Richard Macaluso | Performance Appraisal of Harry Moseley dated April 29, 1992. |
| 32 | 1-26-95 | Richard Macaluso | Performance Appraisal (coversheet) of Rich Backer dated April 29, 1992. |
| 33 | 1-26-95 | Richard Macaluso | Performance Appraisal (coversheet) of Cathy Eckert dated April 29, 1992. |
| 34 | 1-26-95 | Richard Macaluso | Performance Appraisal (coversheet) of Bob Eller dated April 29, 1992. |
| 35 | 1-26-95 (excudo objectus) | Richard Macaluso | Performance Appraisal (coversheet) of Clyde Moseley dated April 29, 1992. |
| 36 | 1-24-95   1-24-95 | Dr. Magee and Larry Horne | Medical records of Harry Moseley as maintained by or in the office of Dr. J. Sample Magee. |
| 37 | | Dr. Magee and Plaintiff | Physician's Statement to State of Florida, Department of Labor and Employment Security, dated November 25, 1992, on behalf of George H. Moseley. |

| | | | |
|---|---|---|---|
| **EXHIBIT LIST -- CONTINUATION SHEET** | | | |
| 38 | *1-23-95  1-23-95  Mosley* | Plaintiff | State of Florida, Department of Labor and Employment Security, Fact-Finding Statement signed by George H. Moseley on November 19, 1992. |
| 39 | | Robert Thorp and Richard Macaluso | Salary History of George H. Moseley through 11/13/92. |
| 40 | | Plaintiff | EEO/Self-Identification of George Harry Moseley. |
| 41 | | Plaintiff | Resume of G. Harry Moseley. |
| 42 | | Richard Macaluso | Personnel Action form - Effective Date - November 13, 1992 - Harry G. Moseley. |
| 43 | | Richard Macaluso | Essential Functions Checklist - Jacksonville RASR Position. |
| 44 | *1-25-95  Same as PX38* | Tom Wilson | Brochure entitled Understanding McKesson's Commitment to the Americans With Disabilities Act. (Managers and Supervisors Guide). |
| 45 | *1-23-95  1-23-95* | Plaintiff and Richard *(Mosley)* Macaluso | Memo dated 11/6/90 from Bob Parker to Harry Moseley. |
| 46 | | Plaintiff | Plaintiff's 1993 State and Federal Tax Returns. |
| 47 | *1-26-95  1-26-95* | Richard Macaluso | Summary of RIG (Performance Evaluation) Scores for Jacksonville RAMs - Fiscal Year 1990 through Fiscal Year 1992. |

Case Number: __94-50-CIV-J-10__                              Page 6 of 6 Pages

## EXHIBIT LIST -- CONTINUATION SHEET

| No. | | | | |
|---|---|---|---|---|
| 48 | 1-26-95 | 1-26-95 | Richard Macaluso | Summary of RIG (Performance Evaluation) Scores for Jacksonville RAMs - First Quarter, Fiscal Year 1993. |
| 49. 1039956 | 1-25-95 | 1-25-95 | Perry | Calculations of Dr. Joseph Perry, in re: earnings |
| 50. 1-25-95 Withdrawn | | | Wilson | Map of State area drawn by Wilson |